TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00478-CR

NO. 03-95-00479-CR

Ex Parte: Michael Anthony Piselli, Appellant

FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT

NOS. 7771 & 7772, HONORABLE CLAYTON E. EVANS, JUDGE PRESIDING

PER CURIAM

 Appellant filed writs of habeas corpus seeking a reduction of pretrial bail in these
causes, prosecutions for aggravated kidnapping and aggravated assault. The writs issued and,
after a hearing, the district court ordered partial relief. These appeals followed. Tex. R. App.
P. 44.

 The State moves to dismiss the appeals as moot. The State advises us that appellant
was convicted of the charged offenses and, on January 22, 1996, sentenced to terms of
imprisonment of fifty and ten years. Appellant has not responded to the State's motions.

 The State's motions to dismiss as moot are granted. The State's motions for
extension of time to file briefs are dismissed.

 The appeals are dismissed.

Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed as Moot

Filed: February 21, 1996

Do Not Publish